# Court of Appeals
# of the State of Georgia

ATLANTA, March 08, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1158.  ACTAVIOUS LANGSTON v. THE STATE.**

In 2009, Actavious Langston was convicted of armed robbery and other crimes. He filed a motion for new trial, which the trial court denied. On appeal, we affirmed in an unpublished opinion. *Langston v. State*, Case No. A10A1300 (decided September 21, 2010). Langston later filed a motion to vacate a void sentence, which the trial court denied. He appealed, but we dismissed the appeal for lack of jurisdiction because Langston had not raised a colorable claim that his sentence was void. *Langston v. State*, Case No. A15A2224 (dismissed August 6, 2015). Back in the trial court, Langston filed a second motion for new trial. The trial court dismissed the motion, and Langston again appeals. We lack jurisdiction.

Because this was Langston's second motion for new trial, filed years after his first one, we must construe it as an extraordinary motion for new trial. See *Jeffcoat v. State*, 299 Ga. App. 54 (682 SE2d 131) (2009); see also OCGA §§ 5-5-40 (a) & 5-5-41 (b). An order disposing of an extraordinary motion for new trial, however, must be appealed by application for discretionary review. See OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). Langston's failure

to follow the proper appellate procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,   03/08/2017          *
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*